HERMAN J. HELD, Respondent, *v.* FRANKLIN BREWING COMPANY, Appellant.

*Held* v. *Franklin Brewing Co.*, 123 App. Div. 925, appeal dismissed. (Submitted February 24, 1908; decided March 3, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered January 24, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

The motion was made upon the ground that the appeal was taken for delay only, no questions being presented which the Court of Appeals could review.

*John Bogart* for motion.

*Henry F. Cochrane* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.